CITY OF NEWARK v. COUNTY OF ESSEX.

October 11, 1983.

Petition for certification denied.

HELENA CHEMICAL COMPANY v. ABE COTLER v. BASF WYANDOTTE CORPORATION.

October 11, 1983.

Petition for certification denied.

TED BOJUM v. THE CONTINENTAL INSURANCE COMPANY.

October 11, 1983.

Petition for certification denied.

STATE OF NEW JERSEY IN THE INTEREST OF R.Z.

October 11, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. FLOYD LESLIE LUNGER.

October 11, 1983.

Petition for certification denied.